UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA

_____

United States of America,

       plaintiff,

v.                                                                                                                         File No. 07-363 (RHK/ FLN)

Gregory S. Tyler,

       defendant.

_____

## ORDER FOR MENTAL HEALTH EXAMINATION

       This matter was before the Court on April 28, 2008 on defendant's motion for a mental health examination. The government was represented by Assistant United States Attorney Kimberly A. Svendsen and the defendant was present with his counsel, Deborah Ellis.  Based upon the entire record before the Court, arguments of counsel and correspondence received directly from the defendant to the Court, the Court finds that there is substantial information indicating that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility.  Therefore, it is hereby,

       ORDERED that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the Court, with copies provided to counsel for the defendant and the attorney for the government, pursuant to the provisions of 18 U.S.C. § 4247(b) and (c).  For purposes of this examination, the defendant is hereby committed to the custody of the Attorney General for a period not to exceed 30 days.

IT IS FURTHER ORDERED, that the local rules with respect to objections and position pleadings on the presentence report are stayed pending completion of the mental health examination.

Date:   5/5/08                                              s/Richard H. Kyle
                                                                                             Richard H. Kyle
                                                                                             Judge of District Court